IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DURHAM DIVISION

No. __:25_-CV-_302_-__

| | |
|---|---|
| CHARITY MAINVILLE,<br>    Plaintiff,<br><br>v.<br><br>ANNA DE SANTIS, and DE SANTIS RENTALS, LLC,<br>    Defendants. | **MOTION FOR AUTHORIZATION TO FILE ELECTRONICALLY AS A PRO SE LITIGANT** |

Pursuant to Local Rule 5.3(c)(2) of the United States District Court for the Middle District of North Carolina, Plaintiff Charity Mainville respectfully requests leave of Court to electronically file documents via the CM/ECF system in this matter.

In support of this motion, Plaintiff states:

1. Plaintiff is proceeding pro se and is not represented by counsel.

2. Plaintiff has completed and submitted the required Pro Se Electronic Filing Authorization Form.

3. Plaintiff has completed and submitted the required Pro Se Electronic Filing Authorization Form and has registered for electronic access through the

PACER system, demonstrating readiness to comply with the Court's technical and procedural requirements for electronic filing.

4. Plaintiff understands that electronic filing does not constitute consent to electronic service unless otherwise authorized by the Court.

Wherefore, Plaintiff respectfully requests that the Court grant this motion and permit her to electronically file documents via the CM/ECF system in this matter.

Respectfully submitted this 22nd day of April, 2025.

_____
Charity Mainville
Plaintiff, Pro Se
2025 Watchorn St, Apt 504
Durham, NC 27703
(608) 215-6654
camainville@gmail.com