

**Office of the Sheriff**
Clarence F. Birkhead, Sheriff

**Exhibit A**

**AFFIDAVIT OF SERVICE**

**STATE OF NORTH CAROLINA**
**COUNTY OF DURHAM**

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION

Mainville Charity
**PLAINTIFF**

-vs-

Anna De Santis
**DEFENDANT**

FILE NUMBER: 25CV302
DATE OF SERVICE: _____

1. I, Joel Diaz, BEING DULY SWORN DO SAY THAT I AM OVER THE AGE OF 18, AM NOT A PARTY TO THIS LITIGATION, NOR UNDER ANY OTHER LEGAL DISABILITY WHICH WOULD PROHIBIT ME FROM MAKING THIS AFFIDAVIT IN ACCORDANCE WITH LAW BASED ON INFORMATION KNOWN TO ME AND BASED ON THE RECORDS OF MY OFFICE.

2. THAT ON _____, I RECEIVED A Civil Summons ON Anna De Santis

3. ALL PERSONS TO WHOM THESE PRESENTS MAY COME MAY RELY UPON THE ATTACHED RETURN AS AN ORIGINAL.

☐ LEAVING COPY WITH DEFENDANT PERSONALLY.

☐ BY LEAVING A COPY AT THE DWELLING HOUSE OR USUAL PLACE OF ABODE OF THE DEFENDANT NAMED ABOVE WITH A PERSON OF SUITABLE AGE AND DESCRIPTION THEN RESIDING THEREIN.

NAME AND ADDRESS OF PERSON WITH WHO COPIES WERE LEFT

☐ BY POSTING THE PAPER AT THE FOLLOWING ADDRESS:

☐ SERVING THE CORPORATION

CORPORATION NAME

☒ DEFENDANT WAS NOT SERVED FOR THE FOLLOWING REASONS: Service was not gain after multiple attempts.

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE 8 DAY OF July, 2025

SIGNED: *Brenda Rodriguez*
PRINTED NAME: Brenda Toledo Rodriguez
NOTARY PUBLIC
MY COMMISSION EXPIRES: 9/21/2026

[Seal: BRENDA TOLEDO RODRIGUEZ, NOTARY PUBLIC, DURHAM COUNTY, NC]

DATE/TIME SERVED: 6/20/25
DATE RETURNED: _____
Joel Diaz
AFFIANT-DEPUTY SHERIFF

Civil Division | 510 South Dillard Street | P.O. Box 170 | Durham, North Carolina 27702
(919) 560-0901 | Fax (919) 560-0991 | www.dconc.gov
Equal Employment/Affirmative Action Employer

Rev. 04/2013